No. 234. DIXIE, INC., *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Joseph H. Choate, Jr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, I. Henry Kutz* and *Morton K. Rothschild* for respondent.

No. 259. ESPINOZA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Robert A. Scardino* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatricè Rosenberg* and *Jerome M. Feit* for the United States.

No. 261. WARD LABORATORIES, INC., ET AL. *v.* FEDERAL TRADE COMMISSION. C. A. 2d Cir. Certiorari denied. *Martin J. Scheiman* for petitioners. *Solicitor General Rankin, Assistant Attorney General Bicks, Richard A. Solomon, Daniel J: McCauley, Jr.* and *Alan B. Hobbes* for respondent.

No. 263. YOR-WAY MARKETS ET AL. *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. *Joseph M. McLaughlin* for petitioners. *Robert E. Reed* and *William H. Peterson* for respondent.

No. 264. LATUS *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied. *Edward L. P. O'Connor* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Leonard* and *Morton Hollander,* for the United States, and *Patrick E. Gibbons* for Todd Shipyards Corp., respondents.

No. 271. AKEL *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *Frances Kahn* for petitioner.